

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00891-CR

The **STATE** of Texas,
Appellant

v.

Lidio Guzman **LOPEZ**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13944CR
Honorable Dennis Powell, Judge Presiding

## O R D E R

      Pursuant to article 44.01(a)(1) of the Texas Code of Criminal Procedure, the State has filed a notice of appeal from the trial court's order quashing the information. *See* TEX. CODE CRIM. PROC. ANN. art. 44.01(a)(1). In its notice of appeal, it requests that this court stay the proceedings in the trial court pending this appeal pursuant to article 44.01(e). *See id*. art. 44.01(e) (providing that "[t]her State is entitled to a stay in the proceedings pending the disposition of an appeal under Subsection (a) or (b) of this article"). We GRANT the State's motion to stay and stay all proceedings in the trial court pending the disposition of this appeal.

_____
Liza A. Rodriguez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court